

1  Bradley T. Austin, Esq.
2  Nevada Bar No. 13064
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  baustin@swlaw.com

6  *Attorneys for Defendant*
7  *Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEO A. MINTUN,<br><br>          Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>          Defendants. | **Case No. 2:18-cv-00852-APG-PAL**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 5, 2018 through and including **July 5, 2018**. The parties are in the midst of settlement negotiations, and they need additional time to determine if the case can be resolved short of litigation. The request was made by Equifax, and Plaintiff approves.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 4th day of June, 2018.

SNELL & WILMER LLP


By: /s/ Bradley Austin
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169
    Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**<u>*No opposition*</u>**

 /s/ Matthew Knepper
Matthew I. Knepper
Nevada Bar No. 12796
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com

*Attorneys for Plaintiff*


       **IT IS SO ORDERED:**


       United States Magistrate Judge

       DATED: June 6, 2018