Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEO A. MINTUN, | Case No.: 2:18-cv-00852-APG-PAL |
| Plaintiff, | |
| vs. | **JOINT INTERIM STATUS REPORT** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to the Court's Order entered on August 2, 2018, Plaintiff Cleo A. Mintun ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Status Report and state the following:

1. The Parties settled this matter on July 31, 2018.

JOINT INTERIM STATUS REPORT - 1

2. The parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Equifax to allow them additional time to finalize the settlement agreement.

4. Plaintiffs agree to file the Stipulation of Dismissal of Equifax no later than **October 31, 2018**.

Respectfully submitted October 2, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Bradley T. Austin* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendant*<br>*Equifax Information Services, LLC* |

*Mintun v. Equifax Information Services, LLC*
2:18-cv-00852-APG-PAL

## **ORDER GRANTING**

## **EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED this 3rd day of October, 2018

JOINT INTERIM STATUS REPORT - 2